# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICROSOFT CORPORATION,

    Plaintiff,

vs.

CHEAP TECH GUYS LLC,

    Defendant.

2:21-cv-00284-APG-VCF

**ORDER**

Before the Court is the Stipulation and Order to Extend Time for Defendant, Cheap Tech Guys LLC to Respond to Plaintiff's Complaint (ECF NO. 15).

This filing does not comply with LR IA 6-1(a).  The requested extension is DENIED without prejudice.  The court will consider a new, rule compliant, stipulation.

IT IS SO ORDERED.

DATED this 9th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE