Analise N. M. Tilton
Nevada Bar No. 13185
Nicholas F. Adams
Nevada Bar No. 14813
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
atilton@wshblaw.com
nadams@wshblaw.com

Attorneys for Defendant Cheap Tech Guys LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>CHEAP TECH GUYS LLC, a Nevada Limited Liability Company,<br><br>           Defendant. | Case No. 2:21-cv-00284-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, CHEAP TECH GUYS LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Trial Date:           None Set |

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, CHEAP TECH GUYS LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

CHEAP TECH GUYS LLC (hereinafter "Defendant") and MICROSOFT CORPORATION (hereinafter "Plaintiff") (collectively, "the Parties") by and through their respective counsel, hereby stipulate and agree that Defendant, CHEAP TECH GUYS LLC shall have until April 15, 2021 to respond to Plaintiff's Complaint filed on February 19, 2021. *See* ECF No. 1. This extension would be the first extension of time granted for Plaintiff to respond to the Complaint.

### I.   Reasons For the Requested Extension

Plaintiff filed its Complaint on February 19, 2021. *See* ECF No. 1. Subsequently, Defendant was served on March 8, 2021. *See* ECF No. 14. Thereby making the time to respond to the Complaint on March 29, 2021. Counsel for Defendant was retained on March 31, 2021 after the time to respond

to the Complaint had expired.

When the counsel was retained for Defendant, counsel reached out to Plaintiff's counsel for an extension, which Plaintiff's counsel graciously granted.

Since Defendant's counsel was unable to prepare a response to Plaintiff's Complaint before they were retained, excusable neglect exists. *Clark v. Coast Hotels & Casinos, Inc.*, 130 Nev. 1164 (2014) ("excusable neglect" applies to "instances where some external factor beyond a party's control affects the party's ability to act or respond as otherwise required").

Accordingly, the Parties stipulate and agree that Defendant, CHEAP TECH GUYS LLC shall have until April 15, 2021 to respond to Plaintiff's Complaint filed on February 19, 2021. *See* ECF No. 1.

DATED:  April 13, 2021                    WOOD, SMITH, HENNING & BERMAN LLP

By: */s/ Nicholas F. Adams*
ANALISE N. M. TILTON
Nevada Bar No. 13185
NICHOLAS F. ADAMS
Nevada Bar No. 14813
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100

Attorneys for Defendant, Cheap Tech Guys LLC

DATED:  April 13, 2021                    GREENBERG TAURIG, LLP

By: */s/ Christopher R. Miltenberger*
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Phone: 702 792 3773

Attorneys for Plaintiff, Microsoft Corporation

## ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, CHEAP TECH GUYS LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST) in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that Defendant, CHEAP TECH GUYS LLC shall have until April 15, 2021 to respond to Plaintiff's Complaint filed on February 19, 2021. *See* ECF No. 1.

Dated: 4-13-2021 _____.

_____
**U.S. MAGISTRATE JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

20772549.1:10836-0086                -3-                Case No. 2:21-cv-00284-APG-VCF
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, CHEAP TECH GUYS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2021, a true and correct copy of STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT, CHEAP TECH GUYS LLC TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST) was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Johana Whitbeck*
    Johana Whitbeck, an Employee of
    WOOD, SMITH, HENNING & BERMAN LLP