Brooke A. Bohlke
Nevada Bar No. 9374
Analise N. M. Tilton
Nevada Bar No. 13185
Nicholas F. Adams
Nevada Bar No. 14813
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
bbohlke@wshblaw.com
atilton@wshblaw.com
nadams@wshblaw.com

Attorneys for Defendant Cheap Tech Guys LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| MICROSOFT CORPORATION, a Washington Corporation, | Case No. 2:21-cv-00284-APG-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT CHEAP TECH GUYS LLC** |
| v. | |
| CHEAP TECH GUYS LLC, a Nevada Limited Liability Company, | |
| Defendant. | **(First Request)** |
| | Trial Date:  None Set |

IT IS HEREBY STIPULATED by and between Plaintiff, MICROSOFT CORPORATION ("Plaintiff") by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Defendant, CHEAP TECH GUYS LLC ("Defendant"), by and through its counsel, the law firm of Wood, Smith, Henning & Berman, LLP, that the deadline to file an Opposition to Plaintiff's Motion to Compel Discovery Responses currently due on March 11, 2022 be extended until April 11, 2022.

/ / /

/ / /

/ / /

/ / /

23889986.1:10836-0086 -1- Case No. 2:21-cv-00284-APG-VCF

STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT CHEAP TECH GUYS LLC

As contemplated by LR IA 6-1. This extension is requested for good cause. The undersigned counsel met and conferred and have agreed to an extension of time to allow the parties additional time to set this matter for a mediation to see if this matter can resolve prior to expending Court resources regarding the instant motion. The Plaintiff has previously extended a settlement demand, which has started the settlement negotiation discussions. Additionally, the extension is sought to avoid costs to the parties associated with litigating the instant motion including attorney's fees.

WHEREFORE, the aforementioned Parties, hereby agree, subject to the Court's approval, that the deadline to file the Defendant's Opposition to Plaintiff's Motion to Compel Discovery Responses be extended to April 11, 2022.

**IT IS SO STIPULATED.**

By ___/s/ Nicholas F. Adams_____
BROOKE A. BOHLKE
Nevada Bar No. 9374
ANALISE N.M. TILTON
Nevada Bar No. 13185
NICHOLAS F. ADAMS
Nevada Bar No. 14813
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128-9020
*Attorneys for Defendant*

By ___/s/ Christopher R. Miltenberger_____
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135
*Attorneys for Plaintiff*

Bonnie MacNaughton (*pro hac vice*)
Lindsey E. Mundt (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 3-14-2022

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2022, a true and correct copy of **STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT CHEAP TECH GUYS LLC (First Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/Jeanne L. Calix*
Jeanne L. Calix, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

# Jeanne Calix

| | |
|---|---|
| **From:** | miltenbergerc@gtlaw.com |
| **Sent:** | Thursday, March 10, 2022 6:31 PM |
| **To:** | Nick Adams; KellyGorton@dwt.com; BonnieMacNaughton@dwt.com |
| **Cc:** | Jeanne Calix; Brooke A. Bohlke; Niki Shadoan; rosehilla@gtlaw.com |
| **Subject:** | [EXTERNAL] RE: Microsoft Corporation v. Cheap Tech Guys, LLC - Case No.: 2:21-cv-00284-APG-VCF |

Nick,

You can use my e-signature on the stipulation to submit it.

Thanks,

Chris Miltenberger
Greenberg Traurig, LLP
702.599.8024

---

**From:** Nick Adams <NAdams@wshblaw.com>
**Sent:** Thursday, March 10, 2022 5:25 PM
**To:** Miltenberger, Chris (Shld-LV-LT) <miltenbergerc@gtlaw.com>; Gorton, Kelly <KellyGorton@dwt.com>; MacNaughton, Bonnie <BonnieMacNaughton@dwt.com>
**Cc:** Jeanne Calix <JCalix@wshblaw.com>; Brooke A. Bohlke <BBohlke@wshblaw.com>; Niki Shadoan <nshadoan@wshblaw.com>
**Subject:** Microsoft Corporation v. Cheap Tech Guys, LLC - Case No.: 2:21-cv-00284-APG-VCF

**\*EXTERNAL TO GT\***

Hi all,

Attached is our proposed stipulation and order to extend the time to respond to the motion to compel. Please advise if I have your permission to use your e-signature so I can submit to the Court.

Thanks,



**Nick Adams**
Associate

A 2881 Business Park Court, Suite 200, Las Vegas, NV 89128-9020
D 702.251.4121   M 702.682.7866
E nadams@wshblaw.com   W www.wshblaw.com

Personal Bio · Facebook · LinkedIn · Twitter

WSHB CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.

1

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.