Brooke A. Bohlke
Nevada Bar No. 9374
Analise N. M. Tilton
Nevada Bar No. 13185
Nicholas F. Adams
Nevada Bar No. 14813
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
bbohlke@wshblaw.com
atilton@wshblaw.com
nadams@wshblaw.com

Attorneys for Defendant Cheap Tech Guys LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEAP TECH GUYS LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:21-cv-00284-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT CHEAP TECH GUYS LLC**<br><br>**(Second Request)**<br><br>Trial Date:    None Set |

IT IS HEREBY STIPULATED by and between Plaintiff, MICROSOFT CORPORATION ("Plaintiff") by and through its counsel of record, the law firm of Greenberg Traurig, LLP, and Defendant, CHEAP TECH GUYS LLC ("Defendant"), by and through its counsel, the law firm of Wood, Smith, Henning & Berman, LLP, that the deadline to file an Opposition to Plaintiff's Motion to Compel Discovery Responses currently due on April 11, 2022 be extended until April 18, 2022.

/ / /

/ / /

/ / /

/ / /

As contemplated by LR IA 6-1, this extension is requested for good cause. The undersigned counsel have been negotiating logistics for a planned mediation, and had hoped to mediate prior to completing briefing on Plaintiff's Motion to Compel. However, it appears the parties will need to complete briefing before mediating. Defendant requires an additional week to prepare its Opposition. Notwithstanding the need for completed briefing on the Motion to Compel, the parties continue to plan for mediation in late spring 2022.

WHEREFORE, the aforementioned Parties, hereby agree, subject to the Court's approval, that the deadline to file the Defendant's Opposition to Plaintiff's Motion to Compel Discovery Responses be extended to April 18, 2022.

**IT IS SO STIPULATED.**

By ___/s/ Nicholas F. Adams_____
BROOKE A. BOHLKE
Nevada Bar No. 9374
ANALISE N.M. TILTON
Nevada Bar No. 13185
NICHOLAS F. ADAMS
Nevada Bar No. 14813
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128-9020
*Attorneys for Defendant*

By ___/s/ Christopher R. Miltenberger_____
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135
*Attorneys for Plaintiff*

Bonnie MacNaughton (*pro hac vice*)
John D. Freed (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 4-11-2022 _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2022, a true and correct copy of **STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MICROSOFT CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT CHEAP TECH GUYS LLC (Second Request)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/Jeanne L. Calix*
       Jeanne L. Calix, an Employee of
       WOOD, SMITH, HENNING & BERMAN LLP