Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: miltenbergerc@gtlaw.com

Bonnie MacNaughton (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Email: bonniemacnaughton@dwt.com

John D. Freed (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6500
Email: jakefreed@dwt.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEAP TECH GUYS LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:21-cv-00284-JCM-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE NOVEMBER 2, 2022 HEARING** |

Pursuant to Local Rule IA 6-1 and 7-1, Plaintiff Microsoft Corporation ("Plaintiff") and Defendant Cheap Tech Guys LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that the hearing on Plaintiff's Motion to Compel (ECF 35) presently scheduled for Wednesday, November 2, 2022 at 10:00 a.m. shall be **VACATED** based on the following:

ACTIVE 683053760v2

1. On October 25, 2022, Plaintiff and Defendant participated in a confidential private mediation before the Honorable Judge Glass (Ret.).

2. Thereafter, the parties subsequently reached an agreement on all material terms to the settlement of the above-captioned action.

3. The parties are in the process of documenting the settlement and anticipate that the settlement documents will be completed and that a stipulation to dismiss the above-captioned case will be filed with the Court in approximately forty-five (45) days from the date of this Stipulation.

4. As a result, in light of the settlement and in order to further judicial efficiency and avoid unnecessary fees and costs while the parties finalize their settlement documents, the parties' respectfully request that the hearing on Plaintiff's Motion to Compel (ECF 35) that is set for Wednesday, November 2, 2022 at 10:00 a.m. be VACATED.

**IT IS SO STIPULATED.**

Dated this 31st day of October 2022                          Dated this 31st day of October 2022

**GREENBERG TRAURIG, LLP**                                    **WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Christopher R. Miltenberger*                             */s/ Analise N.M. Tilton*
Christopher R. Miltenberger (SBN 10153)                       Analise N. M. Tilton (SBN 13185)
10845 Griffith Peak Drive, Suite 600                          2881 Business Park Court, Suite 200
Las Vegas, Nevada 89135                                       Las Vegas, Nevada 89128
                                                              *Attorneys for Defendant*

Bonnie MacNaughton (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104

John D. Freed (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that the proposed stipulation and order for dismissal must be filed by January 3, 2023.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Dated this __31st__ day of __October__ 2022

2

ACTIVE 683053760v2