Analise N. M. Tilton
Nevada Bar No. 13185
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
atilton@wshblaw.com

Attorneys for Defendant Cheap Tech Guys LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEAP TECH GUYS LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:21-cv-00284-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:   None Set |

COMES NOW, Plaintiff, MICROSOFT CORPORATION and Defendant CHEAP TECH GUYS LLC, by and through their undersigned counsel and hereby STIPULATE to DISMISSAL, WITH PREJUDICE. Each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This Stipulation may be executed in one or more counterparts, each of which shall constitute
2  a duplicate original.  A facsimile or other non-original signature shall still create a binding and
3  enforceable agreement.

4  **IT IS SO STIPULATED.**

5  DATED:  January 20, 2023                                  DATED:  January 20, 2023

6  By  _/s/ Analise N. M. Tilton_                            By  _/s/ Bonnie MacNaughton_
      Analise N. M. Tilton (SBN 13185)                           CHRISTOPHER R. MILTENBERGER
7     2881 Business Park Court, Suite 200                        Nevada Bar No. 10153
      Las Vegas, Nevada 89128                                    10845 Griffith Peak Drive, Suite 600
8     *Attorneys for Defendant*                                  Las Vegas, NV 89135

9                                                                Bonnie MacNaughton (*pro hac vice*)
                                                                 DAVIS WRIGHT TREMAINE LLP
10                                                               920 5th Avenue, Suite 3300
                                                                 Seattle, WA 98104
11
                                                                 John D. Freed (*pro hac vice*)
12                                                               DAVIS WRIGHT TREMAINE LLP
                                                                 505 Montgomery Street, Suite 800
13                                                               San Francisco, CA 94111
                                                                 *Attorneys for Plaintiff*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

27328924.1:10836-0086                    -2-                    Case No. 2:21-cv-00284-JCM-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Case No. 2:21-cv-00284-JCM-VCF
*Microsoft Corporation v. Cheap Tech Guys LLC*

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims in the action entitled *Microsoft Corporation v. Cheap Tech Guys LLC*, United States District Court Case No. *2:21-cv-00284-JCM-VCF*, is dismissed, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

DATED January 23, 2023

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted by:

By  */s/ Analise N. M. Tilton*
    Analise N. M. Tilton (SBN 13185)
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128
    *Attorneys for Defendant*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

27328924.1:10836-0086 -3- Case No. 2:21-cv-00284-JCM-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE